IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LONNIE WILLIAMS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-108-Y |
| | § | |
| VALLEY FORGE INSURANCE CO., | § | |
| et al. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendants are hereby DISMISSED WITHOUT PREJUDICE for lack of prosecution. *See* Fed. R. Civ. P. 41(b). All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED July 16, 2015.

_Terry R. Means_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj